# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0085
_____

DEBORAH ANN ZACHARKO,

Appellant,

v.

SARASOTA COUNTY SCHOOL
BOARD, and COMMERCIAL RISK
MANAGEMENT, INC.,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Erik B. Grindal, Judge.

Date of Accident: April 9, 2019

December 3, 2025

PER CURIAM.

AFFIRMED. *See Mieses v. Applebee's*, 14 So. 3d 1228, 1229 (Fla. 1st DCA 2009) (noting pursuant to Fla. Admin. Code R. 60Q-15 6.116(2), a second voluntary dismissal of a claim acts as an adjudication on the merits).

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————

Bradley G. Smith and Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Appellant.

Ben Cristal of Cristal Law Group, Clearwater, for Appellees.